RECEIVED CH

MAR 14 2008 *new*
Mar 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

ReginAld Brewer

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

SHeRIFF CooK CounTY

CaMack HeAth seRvices

Dept of public HealtH

_____

_____

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

## 08CV1541
## JUDGE KENNELLY
## MAG.JUDGE COX

C_____

(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

✓   **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
    **U.S. Code** (state, county, or municipal defendants)

____   **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
    **28 SECTION 1331 U.S. Code** (federal defendants)

____   **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

**I.**   **Plaintiff(s):**

    A.   Name: _Reginald   Brewer_

    B.   List all aliases: _____

    C.   Prisoner identification number: _20070062617_

    D.   Place of present confinement: _Cook County Jail_

    E.   Address: _PO Box 089002  Chicago IL 60608_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.**   **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank.  Space for two additional defendants is provided in **B** and **C**.)

    A.   Defendant: _Sheriff of Cook County_

         Title: _Boss_

         Place of Employment: _Cook County Jail_

    B.   Defendant: _Cermak Health Services DR_

         Title: _DR_

         Place of Employment: _Cook County Jail_

    C.   Defendant: _Dept of Public Health_

         Title: _John L Wilhem MD MPH Commissioner_

         Place of Employment: _City Chicago_

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2                                                                  Revised 9/2007

III.   **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.   Name of case and docket number: _O8C  0846_
     _O8C·1196_

B.   Approximate date of filing lawsuit: _Feb-8-,08_

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
     ____ _Reginald  Brewer_ _____

D.   List all defendants: _CERMAK  HELTH SERVICES et al_
     _COOK COUNTY Jail_ _____

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _NORTHER  DisTRict_

F.   Name of judge to whom case was assigned: _cox_

G.   Basic claim made: _Diwe MeDcail hole Also got_
     _TB help was not give meas Right_
     _wen they did give Them Too mr, STip Sacech_
     _Swab of The Penis_

H.   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____
     _Still pending_ _____

I.   Approximate date of disposition: _Not Sure_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

## IV.    Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I came in Div 10 Jan-4-8 I was stip search in the Hallway And not in the Room wair I was supres To Be Dont at one of Then co anductie was powler He did not do the search He knowit was Being Done Also Lutenstucker Take off all Your cotthes And throw on the Floor picie up Your Boxes This Bend Down And cuffen This how I might Have got TB here its not good group Liveiny LutenTucker gitS mad He will Tell You z git Nickit Have You Just Stand Thair he wild But Now That people are write him up Filliny law Suite he stop doing This But if You Fix That Came Ber in The Basment Yall will See + we know it dont work cuase if You git out of Linre Int Go will Tell down here we can go At it Ant we came it dont work on SY As The stip search goes They use one win its Right a Them I wont Too court

4

Jan 8-08 win I came Back form count
The Done it agian And put on The elver up
Stairs I wont Back Too court Jan-9-07 it was
Done The Same way white pelpor Till these
have suite These co Just do what That wont
2 it NOt safe The sheRIFF Neve comes Thorw
Too How Thair Jail iS Run win the Dept. Itcan't
comes Throw That git a Tip week Befor BY
The Book power wash This Placise main we Taking
off our cothe ant is Nesty next Man How could
Be good 4 gong Linin city chicago has gave
The cook county Jail a MahSharing Too search
us when win we come Back form court it's i'v
Die 5 win antaker Run us Throw And Tawos us
Back in Die 7en They Do what They Thaink know
one eles can And git away with it supcint
enden s f Lutenus also oR A Dunnap she could Tell
Them Not Too do this it will fall Back on
yall This Dowt make my Jill good as on man
Too Tell you To Bendover and Spred your ass
ches And cuffe we are not convicts yet Jus 2
DetAinee This amit Die But I am not Mit
The offices who Took over To Ten was co smith was Doing
The seachr wich will Not Risht Look Back on
5
Revised 9/2007
Ser 4 co Smith co powerl Lute Talker MS co Bush give us sum
BoRp And Thing win we got Thorw!

**V.    Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

I wont Form min Zoo men And thin Yall put me with mit kins I was Be strip search with men That will never sera women agin to Till Thi's City chicago has Zoo step in we as Tax payes Building All this UNAment that Say Thin't went You git And They Dont use it that stip these men in that Hullaway's in Take I wont 15,000 4 mT plain what I wont

**VI.    The plaintiff demands that the case be tried by a jury.  ☑ YES    ☐ NO**

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this MGYL day of 9 , 20 8

Reginald Brewer
(Signature of plaintiff or plaintiffs)

ReginALD BRewer
(Print name)

2007001026l7
(I.D. Number)

Cook County Sur'l

Po Box 089002

Chicago IL 60608
(Address)

Revised 9/2007