**PRISONER CASE**



CH

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

**Plaintiff(s):** REGINALD BREWER

**Defendant(s):** SHERIFF COOK COUNTY, et al.

**County of Residence:** COOK

**County of Residence:**

**Plaintiff's Address:**

Reginald Brewer
#2007-0062617
Cook County Jail
P. O. Box 089002
Chicago, IL 60608

**Defendant's Attorney:**

FILED
MAR 1 4 2008
Mar 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**

☐ **1. U.S. Government Plaintiff**

☑ **3. Federal Question (U.S. gov't. not a party)**

☐ **2. U.S. Government Defendant**

☐ **4. Diversity**

**08CV1541**
**JUDGE KENNELLY**
**MAG.JUDGE COX**

**Citizenship of Principal Parties (Diversity Cases Only)**

**Plaintiff:**

**Defendant:**

**Origin:**

☑ **1. Original Proceeding**

☐ **2. Removed From State Court**

☐ **3. Remanded From Appellate Court**

☐ **4. Reinstated or Reopened**

☐ **5. Transferred From Other District**

☐ **6. MultiDistrict Litigation**

☐ **7. Appeal to District Judge from Magistrate Judgment**

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☑ Yes ☐ No

**Signature:** Q. E. Woodham **Date:** 03/141/2008

Kennelly
Cox